**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
CHRISTOPHER D.,,

                    Plaintiff,                          22 **CIVIL** 0659 (GRJ)

      -v-                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
----------------------------------------------------------X


     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision and Order dated June 11, 2023, Plaintiff's Motion for Judgment on

the Pleadings is DENIED; the Commissioner's Motion for Judgment on the Pleadings is

GRANTED; and this case is DISMISSED. Final judgment entered in favor of the Commissioner;

accordingly, the case is closed

**Dated:** New York, New York

    June 12, 2023


                                        **RUBY J. KRAJICK**

                                        _____
                                              **Clerk of Court**


                              **BY:**

                                        _____
                                              **Deputy Clerk**